## FEDERAL TRADE COMMISSION.
### v.
### SCIENTIFIC LIVING, a Corporation, Appellant,
### No. 12456.

United States Court of Appeals
Third Circuit.

Submitted April 2, 1958.

Decided May 6, 1958.

John W. Murphy, Chief Judge.

Mildred Hohensee, Vice President of the corporation, was granted leave to file briefs and any additional pleadings on behalf of appellant.

Earl W. Kintner, James E. Corkey, Joseph J. Gercke, Carlton A. Harkrader, Washington, D. C., for appellee.

Before KALODNER and HASTIE, Circuit Judges, and LAYTON, District Judge.

PER CURIAM.

Upon consideration of the record we are of the opinion that the instant appeal is without merit.

The Order of the District Court dated October 29, 1957, will be affirmed. 150 F.Supp. 495.

### UNITED STATES of America
### v.
### The STANDARD ELECTRIC TIME COMPANY.
### No. 5319.

United States Court of Appeals
First Circuit.

Feb. 3, 1958.

PER CURIAM.

Upon agreement, it is ordered that the appeal herein be, and the same hereby is, dismissed without costs. D.C., 155 F.Supp. 949.

### UNITED STATES of America, Appellant,
### v.
### MISSOURI PACIFIC RAILROAD COMPANY, Appellee.
### No. 16777.

United States Court of Appeals
Fifth Circuit.

May 22, 1958.

Before HUTCHESON, Chief Judge, and RIVES and JONES, Circuit Judges.

PER CURIAM.

It is ordered that Appellee's Second Petition for Rehearing in the above entitled and numbered cause be, and it is hereby, denied.